IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA LYNN GROH, Individually and as Administratrix of the ESTATE OF BARRY ROY GROH, a/k/a BARRY R. GROH, a/k/a BARRY GROH, Deceased, Plaintiff,<br><br>v.<br><br>ROBERT MONESTERO,<br>Defendant. | CIVIL ACTION NO. 13-1188 |

## ORDER

**AND NOW**, this 29th day of April, 2013, upon consideration of Plaintiff's Motion for Remand (ECF 4), Defendant's Response (ECF 10), and Plaintiff's Reply (ECF 14), and for the reasons stated in the accompanying Memorandum of Law, it is hereby **ORDERED**:

1. Plaintiff's Motion for Remand (ECF 4) is **GRANTED**. The case is remanded to the Court of Common Pleas of Bucks County, Pennsylvania.

2. Defendant's Motion to Dismiss (ECF 3) is **DENIED** as moot.

3. The clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\SARA\GROH V. MONESTERO\ORDER REMAND - 4-22-13.DOCX